```
                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF OHIO
```

| | | |
|---|---|---|
| HARLEY D. HERMISON, | ) | CASE NO. 4:06 CV 3018 |
| Petitioner, | ) | JUDGE JAMES S. GWIN |
| v. | ) | |
| | ) | <u>ORDER</u> |
| MICHAEL SHEETS, | ) | |
| Respondent. | ) | |

This action was summarily dismissed as untimely on February 21, 2007 pursuant to Rule 4 of the Rules Governing Section 2254 Cases. On March 5 and March 6, 2007, petitioner filed Motions for Reconsideration (Doc Nos. 7 and 9). The Motions are without merit and are hereby denied. The court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this order could not be taken in good faith, and that there is no basis on which to issue a certificate of appealability. Fed. R. App. P. 22(b); 28 U.S.C. § 2253.

    IT IS SO ORDERED.

Dated: April 4, 2007                    <u>s/    James S. Gwin    </u>
                                                       JAMES S. GWIN
                                                       UNITED STATES DISTRICT JUDGE